20mc221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Colleen McMahon

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

M10-468

THIS MATTER RELATES TO:
Temporary Provisions for Grand Juries

STANDING ORDER

*U.S. DISTRICT COURT FILED JUN 0 3 2020 S.D. OF N.Y.*

WHEREAS, in response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state, and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease, and

WHEREAS, the interests of justice require the court to continue to convene grand juries in this district, and will not permit a delay until the health risks associated with the pandemic have diminished, and

WHEREAS, in light of the above the Court has considered whether certain special procedures ought to be implemented during times grand juries convene at the courthouse, and concluded that in order reduce unnecessary travel and thereby protect the health of grand jurors, court staff and the public, it is hereby

ORDERED, effective Monday June 1, 2020, and until further order of the Court, that

grand jurors in this district, when ordered to convene, shall remain inside the courthouse until the United States Attorney indicates the business of the grand jury is concluded for the day, and it is further

ORDERED, that the Clerk of Court is authorized to provide light refreshments and/or necessary meals in the courthouse to grand jurors during all times grand juries convene at the courthouse.

SO ORDERED.

Dated:   May 29, 2020
         New York, NY

_____
COLLEEN McMAHON
Chief United States District Judge